Jose Velez
3936 S Semoran Blvd #317
Orlando, FL 32822
Tel.: (407) 456-4880
Fax Number: n/a
Email: jvelez2@protonmail.com
Plaintiff *In Propria Persona*



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Velez, <br>     Plaintiff, <br> vs. <br> Rocky Point Big Sur, LLC, et al <br>     Defendant(s) | CASE #: 5:19-cv-05530-EJD <br><br> **MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff, JOSE VELEZ hereby moves voluntary dismissal **WITHOUT PREJUDICE** and without imposition of costs or attorney fees as to **Ritual Day Spa** and **The Cottage Restaurant** to Fed. R. Civ. P. 41 on the basis that Given the Covid-19 situation, Plaintiff has no intention to return to the public accommodation in question in the near future and has no intention of patronizing the public accommodation(s) at this time. Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 950 (9th Cir. 2011) (an ADA plaintiff may establish injury for standing purposes by showing an "inten[t] to return to a noncompliant accommodation" or that the noncompliant accommodation deterred the plaintiff from visiting and the plaintiff "plans to visit [the] noncompliant accommodation in the future").

Dated: April 20, 2020.

                                                       JOSE VELEZ
                                                     PLAINTIFF
                                                    IN PROPRIA PERSONA

## CERTIFICATE OF SERVICE

Because I am not a registered CM/ECF user, I certify that this document was sent to the Court on April 20, 2020 by executing a copy of this document and sending it, along with one copy, to the Clerk of the Court; and all registered CM/ECF users will be notified of this filing in due course by the Clerk of the Court; and all non-CM/ECF users were notified of this filing by U.S. First Class Mail.

Dated: April 20, 2020



JOSE VELEZ

PLAINTIFF

IN PROPRIA PERSONA

---

MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2